HENRY C. MILLIGAN, Respondent, *v.* THE LALANCE AND GROSJEAN MANUFACTURING COMPANY, Appellant.

(Submitted April 17, 1883 ; decided May 1, 1883.)

*Abram Wakeman* for appellant.

*Roderick Robertson* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

THE PEOPLE, ex rel. VINCENT CLARK, Appellant, *v.* STEPHEN B. FRENCH et al., Commissioners, etc., Respondents.

(Argued April 18, 1883 ; decided May 1, 1883.)

*John W. Weed* for appellant.

*D. J. Dean* for respondents.

Agree to affirm on authority of *Phillips* v. *Mayor, etc.* (88 N. Y. 245), without opinion.
All concur.
Order affirmed.